**Opinion filed February 2, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-12-00016-CV

_____

## HARRY WITHERSPOON AND DIAN WITHERSPOON, Appellants

## V.

## ID, INC., Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CV0807225**

## M E M O R A N D U M   O P I N I O N

Harry Witherspoon and Dian Witherspoon are the appellants in this appeal. They have filed a motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellants state that "there is no reason to proceed with the appeal." Therefore, in accordance with appellants' request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

February 2, 2012

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.